FILED
KENNETH J. MURPHY
CLERK

03 OCT 24 PM 1:16

United States District Court
Southern District

Edward Smith,
Petitioner

V.

Anthony J. Brigano, Warden
Respondent

Civil Case No. C-1-01-814
Judge Susan J. Dlott, Mag. Judge Jack Sherman
Motion: Writ of Mandate
          Writ of Mandamus
Reopening Direct Appeal
4th, 5th, 6th, 14th Amendment
Fed Rule App. proc. 4 (c)

## Motion and Memorandum in Support

Now comes Edward Smith, petitioner, pro se, and hereby moves this Honorable Court for Writ of mandate and Writ of Mandamus for Reopening direct appeal and to rule on his 4th, 5th, 6th, 14th Amendment to the U.S. Constitution for the following reasons:

(1) The Petitioner has been pursuing his claim of innocence through the state appeal process to no avail and has exhausted "All" state remedies.

(2) The Petitioner filed his action for reopening direct appeal on Jan. 30 2001 through the prison mail system. According to Houston V. Lack, Childress V. Brigano, and Fed. Rule App. proc. 4(c). He was and is entitled to the mail box rule. (See: Attachment pgs. 1 Thru 6 part of reopening direct appeal Submitted in Habeas Corpus)

(3) The Petitioner states that the 6th Cir. Court in White V. Schotten, 201 F 3d 743, 752 (2000) wrote that Ohio App. Rule proc. 26 (B) RE opening

Continued:

(3) Direct appeal is neither part of a state habeas Corpus nor state post conviction proceeding, it must be a continuation of activities related to the direct appeal itself. Because a defendant is entitled to effective assistance of counsel on direct appeal: Evitts V. Lucey, 469 U.S. 387, 396, 105 S. Ct. 830, 83 Led 2d 821 (1985).

(4) The Petitioner states that this court has full Jurisdiction to proceed on the issues at hand and to review and rule immediately "Only" his Reopening direct appeal submitted Nov. 26-01 as part of his Writ of habeas Corpus, submitted to this Honorable Court.

## Conclusion

The Petitioner prays this honorable court grant the request ask in the name of "Justic" and the U.S. Constitution. The Petitioner so prays!

Respectfully Submitted

*Edward Smith, petitioner*

Edward Smith, petitioner
#A.346-408 Warren Corr.
Inst. P.O. Box 120 Lebanon OH 45036

## Certificate of Service

I, Edward Smith, petitioner, pro SE, do hereby certify that a copy of this motion was given to prison officals for legal-mail processing and to be mailed to: Thelma Thomas Price (0033976), Ass't Attorney General, Corr. Litigation section, 140 East Town St. 14th Fl., Columbus, OH. 43215-6001 on this 19 day of October, 2003

*Edward Smith, petitioner*

Edward Smith, petitioner
#A.346-408 Warren Corr.
Inst. P.O. Box 120
Lebanon, Ohio 45036