IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to                    :
Magistrate Judge Jack Sherman, Jr.    :    Case Number:  1:01cv814
                                             :

ORDER

The above case is hereby transferred from the docket of Magistrate Judge Jack Sherman, Jr. to the docket of Magistrate Judge Susan M Novotny.

IT IS SO ORDERED.

          ___s/Susan J. Dlott_____
          Susan J. Dlott
          United States District Judge