**United States District Court**
**Southern District of Ohio**
**Western Division**

Edward Smith,
    Petitioner                                   No. C-1-01-814

vs.                                           Dlott, J.; Sherman, MJ

Anthony Brigano,
    Respondent                          **ORDER GRANTING EXTENSION**

On February 12, 2004, Respondent filed a Motion for Extension of Time to file a Supplemental Answer to Show Cause (Doc. 16). That motion is GRANTED. The time is extended to February 19, 2004.

                                                    s/David S. Perelman
                                                    David S. Perelman
                                                    United States Magistrate Judge

J:\HABEAS\Awaiting pdf filing\04-89 extension for respondent.wpd