IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to
      Magistrate Judge David S. Perelman    Case Number:  1:01cv814

ORDER

The above case is hereby transferred from the docket of Magistrate Judge David S. Perelman to the docket of Magistrate Judge Timothy S. Black.

IT IS SO ORDERED.

                    ___s/Susan J. Dlott_____
                    Susan J. Dlott
                    United States District Judge