UNITED STATES DISTRICT COURT
SOUTHERN - WESTERN

Edward Smith
V.    Petitioner

Anthony J. Brigano
    Respondent

Civil Case No C-1-01-814

Judge Susan J. Dlott

Magistrate David S. Perelman

Supplement to objection
Report and Recommendation
Ground SEVEN 4th
Amendation warrant
Violation

FILED
JAMES BONINI
CLERK

04 MAY 11 PM 4:13

Memorandum in Support

Now comes Edward Smith, petitioner, pro se and hereby moves this Honorable Court to Supplement objection to Mag. Judge David S. Perelman Report and Recommendation. Ground Seven, 4th amendation - warrant violation. Fed R. Crim. P. 4(a) through a warrant less search and seizure absent exigent and consent. This factual showing for an arrest warrant protects an individual from an unreasonable seizure and issues upon a showing of probable cause to believe a suspect is committing or has comitted an offense. The Petitioner states that the Trial Court had ruled at two side bar conferences concerning this warrant violation which violated the petitioner 4th amendment right. The Prosecutor cannot "cry foil" when this violation was revealed by Federal agent Rozier through cross-examination. This is also a *Brady* violation for failing to produce "Witness Statements." The Petitioner pray this Honorable Court honor this request in the name of Justice and the U.S. Constitution.

THE PETITIONER RELY on the original objection to mag. Judge R+R with attachments and reference to the Transcripts. The opinion of the

Page 1 of 2

Continued

Trail court are Attachment "B" pages 447, 448, 449 - Ex. 39 Tr. 447, 448, 449 and attachment "C" Tr. pages 467, 468

Respectfully Submitted

Edward Smith, pro se
Edward Smith, pro se
# A. 346-408
Warren Corr. Inst.
P.O. Box 120
Lebanon OH. 45036

Certificate of Service

I, Edward Smith, petitioner, pro se do hereby certify that A copy of this motion was given to prison officials for legal-mail processing and to be mail, 1st class-postage prepaid to THELMA THOMAS Price (0033976), Ass't attorney General, Corr. Litigation Section, 140 East Town St. 14th Fl. Columbus, OH. 43215-6001 on this I day of MAY 2004

Edward Smith, pro se
Edward Smith, pro se
# A 346-408 Warren Corr. Inst.
P.O. Box 120
Lebanon OH. 45036