United States District Court
Southern-Western

Edward Smith
 V.   Petitioner

Anthony J. Brigano
Respondent

FILED JAMES ... CLERK 2004 AUG 11 PM 1:42 U.S. ... SOUTHERN ... WEST DIV ...

Civil Case No: C-1-01-814
Judge Susan J. Dlott
Mag. Judge David S. Perelman
Citation of Supplemental Authorities: to objection Report and recommendation
Ground 7: 4th Amendment Warrant Violation

## Memorandum in Support

Now comes Edward Smith, petitioner, pro se and hereby moves this Honorable Court to allow this citation of supplemental authorities to supplemental memorandum (Document 22) Objection to magistrate Report and Recommendation Ground seven: 4th Amendment Warrant violation. Fed. R. Crim P. 41(a) through a warrantless arrest and search absent exigent and consent.

The 6th Cir. (1982) in Riley v. Gray 674 F.2d 522, 524, 525 affirmed this court issuance of Writ of Habeas on a reconsideration motion after petitioner pointed out to the court that Mincey v. Arizona 437 U.S. 385, 98 S.Ct. 2408, 57 LEd 2d 290 (1978), held that no "Crime Scene" exception to the warrant requirement exists. Absence exigent circumstances or consent, to justify.

The Petitioner pray this Honorable Court grant the Writ of Habeas and discharge the Petitioner.

Respectfully Submitted
Edward Smith, petitioner
Edward Smith, Petitioner
#A.346-408 Warren Corr.
Inst. P.O. Box 120 Lebanon
OH. 45036

Certificate of Service

I, Edward Smith, petitioner, pro se do hereby certify that a copy of this motion was given to prison officials for prepaid postage U.S. mail to: Thelma Thomas Price Ass't Attorney General, Corr. Litigation Section, 140 East Town St. 14th Fl. Columbus, OH. 43215-6601 on this 5 day of August, 2004

Edward Smith, petitioner
Edward Smith, petitioner
#A.346-408 Warren Corr. Inst.
P.O. Box 120
Lebanon, Ohio 45036

Page 2 of 2