United States District Court
Southern-Western

Edward Smith
V.    Petitioner
Anthony J. Brigano
    Respondent

Civil Case No 1:01 CV814 SJD
District Judge Susan J. Dlott
Motion for reconsideration of Decision Claim under the 5th Amendment to the U.S. Constitution
••• Hearing Requested •••
Attachments: Court Order "A",
"B" (Doc.15 exh.9 Transcript pages 5 thru 10), "C" Judgement Appellate Ct, "D" Judgement Ohio S.Ct.

FILED
JAMES BONINI
CLERK
2004 SEP 20 PM 4:10
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## Motion and Memorandum in Support

Now comes Edward Smith, petitioner, pro se, and hereby moves this Honorable Court to reconsider its decision denying the Petitioner's Petition for Writ of Habeas Corpus on his 5th Amendment claim under the United States Constitution. The Petitioner presents the following grounds in support of this action:

(I) The Petitioner asserts that the official 1st Appellate District Judgement (Doc 15 exh.9-Attachment "B" TR pages 5 thru 9), (Doc 15 Exh. 9-Attachment "C"), Doc 15 Exh. 12 Ohio Supreme Court Judgement, Attachment "D", will prove that that the Petitioner was not given the right to challenge his 5th Amendment claim under the United States Constitution (Attachment "B" TR.p.5-10 TR page 7) Griffin V. California (1965), 380 U.S. 609, 85 S.Ct. 1229; United States V. Salvucci, 448 U.S. 83, 100 S.Ct. 2547, 65 L.Ed.2d 619 (1980)

Page 1 of 2

In Salvucci the court remanded the case to allow the defendant prove he has standing 448 U.S. at 95, 100 S. Ct. at 2254. SEE: Grays Supra, ID at 527.[6]

(II) The Fifth Amendment provides "[N]o person...shall be compelled in any criminal case to be a witness against himself." U.S. Const. Amend. V. The Fifth Amendment right against self-incrimination. Malloy v. Hogan, 378 U.S. 1, 8 (1964)

(III) The federal caselaw is well-establish in the Petitioner's instant action raises a Constitutional claim cognizable for federal Habeas Corpus review under 5th Amendment to the U.S. Constitution, and hereby moves this Court to reconsider it's decision denying the Petitioner's petition for writ of habeas corpus.

Respectfully submitted,
*Edward Smith, petitioner*
Edward Smith, petitioner,
#A.346-408 Warren Corr.
Inst, P.O. Box 120 Lebanon
OH. 45036

Proof of Service

I, Edward Smith, do hereby certify that a copy of this motion was given to prison officials for mailing, postage 1st class prepaid to: OH. Att. General Office, Thelma T. Price. 150 East Gay St. 16th floor, Columbus, OH. 43215, on this 14 of September, 2004.

*Edward Smith, petitioner*
Edward Smith, petitioner
(same address as above)

Page 2 of 2