United States District Court
(Southern-Western)

Edward Smith

v.

Anthony J. Brigano

Civil Case No. 1:01 CV 814 SJD
District Judge Susan J. Dlott
Motion for Reconsideration
6th Amendment U.S. Const.
Ineffective Assistance
of Counsel - Direct Appeal
¶ 5th Amendment Claim

FILED
JAMES BONINI
CLERK
2004 SEP 21 PM 1:40
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## Motion and Memorandum in Support

Now comes Edward Smith, petitioner, pro se, and hereby moves this Honorable Court to reconsider its decision denying the Petitioner for Writ of Habeas Corpus on his 6th Amendment claim pertaining to his 5th Amendment direct appeal to the United States Constitution Evitts v. Lucey 469 U.S. 387, 396, 105 S. Ct. 830, 83 L.Ed 2d 821 (1985)

The Petitioner rely on the facts presented in his motion for reconsideration of his 5th Amendment claim to the United States Constitution, filed with prison officials for 1st class postage prepaid, (Sept 14-04) (Sept 13-04)

### Proof of Service

I Edward Smith file motion with prison official 1st class postage prepaid to:
Thelma T. Price Asst Oh. Att. General
150 East Gay St. 16th Floor
Columbus OH. 43215
on this 16th of Sept. 2004

Respectfully Submitted
_Edward Smith, petitioner_
Edward Smith, Petitioner
#346-408 Warren Corr.
Inst. P.O. Box 120 Lebanon, OH
45036
_Edward Smith, petitioner_
Edward Smith, Petitioner
(same address as above)