IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EDWARD SMITH,                          :
                                       :
          Plaintiff(s)                 :
                                       :    Case Number: 1:01cv814-SJD
     vs.                               :
                                       :    District Judge Susan J. Dlott
ANTHONY BRIGANO, Warden                :
                                       :
          Defendant(s)                 :

ORDER

This matter is before the Court for consideration of the plaintiff's Motions for

Reconsideration (Doc. 27, 28, 29 and 30).  Plaintiff seeks a reconsideration of the

conclusions reached by this Court in its Order of September 2, 2004 adopting the report and

recommendations.

The Court has carefully reviewed the plaintiff's motions and the authorities cited therein.

As noted in *Virgin Atlantic Airways, Ltd. v. National Mediation Bd.,* 956 F.2d 1245, 1255 (2d

Cir. 1992) quoting 18 C. Wright, A. Miller, E. Cooper, Federal Practice and Procedure Sec 4478

at 790,"[t]he major grounds for justifying reconsideration are 'an intervening change of

controlling law, the availability of new evidence, or the need to correct a clear error or prevent

manifest injustice." In this case, there is no intervening change of controlling law. The plaintiff

has submitted no new evidence. The Court is not aware of any need to correct a clear error or to

prevent manifest injustice. Instead, the plaintiff has simply reargued the issues upon which he

was not successful before this Court. The proper forum for such additional argument is in the

Court of Appeals.

For these reasons, plaintiff's Motions for Reconsideration are DENIED.

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge