IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EDWARD SMITH, | : |
| Plaintiff(s) | : |
| vs. | : Case Number: 1:01cv814-SJD |
| | : District Judge Susan J. Dlott |
| ANTHONY BRIGANO, Warden | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the plaintiff's motions for reconsideration are DENIED.


9/24/04                                                          JAMES BONINI, CLERK


                                                          ___s/Stephen Snyder_____
                                                          Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.