# AFFIDAVIT

I, <u>Edward Smith</u>, declare that I am the (check appropriate box):

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of the full filing fee or costs under 28 U.S.C. § 1915, I declare that I am unable to prepay the full filing fee or the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes      ☐ No

   If "Yes", state the place of incarceration: <u>Warren Corr Inst., P.O. Box 120, Lebanon, Ohio 45036</u>

   (If "No," this is the wrong form for you. You should request the Non-Prisoner Declaration in Support of Request to Proceed *In Forma Pauperis*)

2. Do you have a work, program, status assignment or other circumstances which causes you to be paid by the prison, jail, or other custodial institution? ☐ Yes   ☐ No

   If "Yes", state the amount credited to you each month: $_____ /month

3. In the past 12 months have you received any money from the following sources? If so, state the total amount received.

|   |   |   |   | Amount |
|---|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No | $_____ |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No | $_____ |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No | $_____ |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No | $_____ |
| e. | Gifts or inheritances | ☐ Yes | ☒ No | $_____ |
| f. | Any other sources | ☒ Yes | ☐ No | $ 600.00 ($600.00) |

5

If the answer to any of the above is "Yes", describe each source of money and statement received **and** what you expect you will continue to receive. $100.00 every 2 months or three about

4. Do you have **any** cash or checking or savings accounts outside the prison?

   ☐ Yes    ☑ No    Amount $_____

5. Do you have a secondary savings account, such as a certificate of deposit or a savings bond, which is recorded by the prison cashier?

   ☐ Yes    ☑ No    Amount $_____

6. Do you own any assets, including real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes    ☑ No

If "Yes", describe each asset and state its value.

| ASSET | VALUE |
|---|---|
| Autos _____ | $_____ |
| (Make/model/year)_____ | |
| Stocks _____ | $_____ |
| _____ | $_____ |
| Bonds _____ | $_____ |
| Notes _____ | $_____ |
| Real Estate _____ | $_____ |
| $_____ (mortgage) | |
| Other _____ | $_____ |

7. Have you on three or more prior occasions, while incarcerated or detained in any prison, jail or other facility, brought an action in a court of the United States that was dismissed on the

6

Case 1:01-cv-00814-SJD-TSB   Document 36   Filed 10/28/2004   Page 3 of 7

grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes  ☒ No

If "Yes," list the dismissals:

| Date Dismissed | Case Name | Case No. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

_____

# DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have submitted above a complete statement of all the assets I possess and that all of the information is true and correct.

I understand that my signature below authorizes the institution of incarceration to forward from my account to the Clerk of the Court any initial partial filing fee assessed by the Court in the amount of 20 percent of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint. Thereafter, I authorize the institution of incarceration to forward monthly payments of 20 percent of my preceding month's income credited to my prison account until I have paid the full amount of the filing fee.

x Oct. 22 2004                    x  _Edward Smith_
DATE                                  SIGNATURE OF APPLICANT

7

# CERTIFICATE

**(To be completed by the institution of incarceration)**

(as of 102204)

I certify that the applicant named herein has the sum of $105.70 on account to his /her credit at (name of institution) WARREN CORRECTIONAL. I further certify that during the past six months the applicant's average monthly balance was $168.26 and the applicant's average monthly deposits were $48.17. I have attached a certified copy of the applicant's prison trust fund account statement showing at least the past six months' transactions.

I further certify that the applicant does/does not have a secondary savings account(s), such as a certificate of deposit or a savings bond. The secondary account(s) balance is $.00.

102204

DATE

V. Lanman Cashin

SIGNATURE OF AUTHORIZED OFFICER

```
OCT 25, 2004              WARREN CORRECTIONAL INSTITUTION                    PAGE   2

01/01/2004 THRU 10/25/2004 INMATE  DEMAND  STATEMENT

  INMATE NUMBER: A346408                              LOCK LOCA: 1A116L

  INMATE NAME:   SMITH, EDWARD                        SHOP CYCLE: PC
          AKA:

  STATUS:        A                                    FROM LOC: CRC
  MISC A:        0                                    FROM DATE: 06/11/1997
  MISC B:                                             D.O.B.:
  NOTE:          PC/SEG CHANGED ON 111400
  HOLD TOTAL:           1.75                          TO LOC:
  E.P.C. BALANCE:        .00                          TO DATE:
```

| TRAN DATE | TRAN AMOUNT | TC | SF | OPR | T/C DESC | MISC DESC | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|
| 04/01/04 | 2.90- | 03 | 00 | TJS | POSTAGE | UNITED STATES COURT | 276.69 |
| 04/01/04 | 1.06- | 03 | 00 | TJS | POSTAGE | THELMA T PRICE | 275.63 |
| 04/01/04 | 16.00 | 30 | 00 | VLL | EARNINGS | | 291.63 |
| 04/01/04 | 63.52- | 01 | 00 | VLL | COMMISSARY | 017784 | 228.11 |
| 04/05/04 | 4.00- | 10 | 01 | TJS | FUNDS OWED | COPIES PER UNIT STAF | 224.11 |
| 04/07/04 | 25.00 | 31 | 00 | VLL | RECEIPTS-M | SARAH BROWN SISTER | 249.11 |
| 04/08/04 | 2.67- | 03 | 00 | TJS | POSTAGE | ERIN C CHILDS | 246.44 |
| 04/08/04 | 1.29- | 03 | 00 | TJS | POSTAGE | SARA BROWN | 245.15 |
| 04/15/04 | 51.29- | 01 | 00 | VLL | COMMISSARY | 018847 | 193.86 |
| 04/19/04 | 3.50- | 10 | 01 | TJS | FUNDS OWED | COPIES PER UNIT STAF | 190.36 |
| 04/23/04 | 100.00 | 31 | 00 | VLL | RECEIPTS-M | SARA BROWN SISTER | 290.36 |
| 04/29/04 | 64.52- | 01 | 00 | VLL | COMMISSARY | 019625 | 225.84 |
| 04/29/04 | 4.65- | 03 | 00 | VLL | POSTAGE | THOMPSON HINE | 221.19 |
| 04/29/04 | 4.65- | 03 | 00 | VLL | POSTAGE | MARIANNE PRESSMAN ATTORNEY GENERAL | 216.54 |
| 04/29/04 | .83- | 03 | 00 | VLL | POSTAGE | US DISTRICT CRT #324 | 215.71 |
| 04/29/04 | 4.65- | 03 | 00 | VLL | POSTAGE | DAVID SINGLETON,ATTY | 211.06 |
| 04/29/04 | 3.30- | 10 | 01 | VLL | FUNDS OWED | COPIES | 207.76 |
| 05/05/04 | 16.00 | 30 | 00 | VLL | EARNINGS | | 223.76 |
| 05/10/04 | 1.80- | 10 | 01 | VLL | FUNDS OWED | COPIES | 221.96 |
| 05/10/04 | 9.50- | 10 | 01 | VLL | FUNDS OWED | COPIES | 212.46 |
| 05/10/04 | 4.75- | 03 | 00 | VLL | POSTAGE | US DISTRICT COURT PKG | 207.71 |
| 05/10/04 | 2.44- | 03 | 00 | VLL | POSTAGE | THELMA PRICE ATTY PKG | 205.27 |
| 05/10/04 | .60- | 03 | 00 | VLL | POSTAGE | THELMA PRICE ATTY | 204.67 |
| 05/10/04 | .83- | 03 | 00 | VLL | POSTAGE | US DISTRICT COURT | 203.84 |
| 05/14/04 | 37.50- | 01 | 00 | TJS | COMMISSARY | 020329 | 166.34 |
| 05/17/04 | .60- | 10 | 01 | TJS | FUNDS OWED | COPIES PER UNIT STAF | 165.74 |
| 05/18/04 | 4.65- | 03 | 00 | VLL | POSTAGE | MARIANNE PRESSMAN | 161.09 |
| 05/24/04 | 1.00- | 10 | 01 | VLL | FUNDS OWED | COPIES | 160.09 |

```
OCT 25, 2004                    WARREN CORRECTIONAL INSTITUTION                      PAGE    3

01/01/2004 THRU 10/25/2004 INMATE   DEMAND  STATEMENT

   INMATE NUMBER: A346408                                LOCK LOCA: 1A116L

   INMATE NAME:   SMITH, EDWARD                          SHOP CYCLE: PC
           AKA:

   STATUS:        A                                      FROM LOC:  CRC
   MISC A:        0                                      FROM DATE: 06/11/1997
   MISC B:                                               D.O.B.:
   NOTE:          PC/SEG CHANGED ON 111400
   HOLD TOTAL:         1.75                              TO LOC:
   E.P.C. BALANCE:      .00                              TO DATE:
```

| TRAN DATE | TRAN AMOUNT | TC | SF | OPR | T/C DESC | MISC DESC | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|
| 05/26/04 | 100.00 | 31 | 00 | VLL | RECEIPTS-M | SARA BROWN SISTER | 260.09 |
| 05/27/04 | 33.07- | 01 | 00 | VLL | COMMISSARY | 021441 | 227.02 |
| 06/03/04 | 16.00 | 30 | 00 | CH | EARNINGS | | 243.02 |
| 06/07/04 | 3.00- | 19 | 00 | CH | MEDICAL CO | 05272004 MED COPAY | 240.02 |
| 06/10/04 | 17.29- | 01 | 00 | VLL | COMMISSARY | 022161 | 222.73 |
| 06/24/04 | 32.89- | 01 | 00 | VLL | COMMISSARY | 023259 | 189.84 |
| 07/01/04 | 16.00 | 30 | 00 | VLL | EARNINGS | | 205.84 |
| 07/08/04 | 39.38- | 01 | 00 | VLL | COMMISSARY | 000328 | 166.46 |
| 07/22/04 | 32.37- | 01 | 00 | CH | COMMISSARY | 001443 | 134.09 |
| 07/26/04 | .60- | 03 | 00 | CH | POSTAGE | LEGAL SERVICES DEPT | 133.49 |
| 08/03/04 | 16.00 | 30 | 00 | CH | EARNINGS | | 149.49 |
| 08/03/04 | 150.00 | 31 | 00 | CH | RECEIPTS-M | SARA BROWN SISTER | 299.49 |
| 08/05/04 | 56.04- | 01 | 00 | CH | COMMISSARY | 002233 | 243.45 |
| 08/09/04 | 35.00- | 02 | 32 | CH | CHECK OUTS | TRINITY BRAODCASTING | 208.45 |
| 08/09/04 | .60- | 03 | 00 | VLL | POSTAGE | THELMA THOMAS PRICE AG OFFICE | 207.85 |
| 08/09/04 | .83- | 03 | 00 | VLL | POSTAGE | U S DISTRICT COURT | 207.02 |
| 09/01/04 | 16.00 | 30 | 00 | CH | EARNINGS | | 223.02 |
| 09/02/04 | 98.10- | 01 | 00 | VLL | COMMISSARY | 003976 | 124.92 |
| 09/13/04 | 2.90- | 03 | 00 | CH | POSTAGE | US DISTRICT COURT | 122.02 |
| 09/16/04 | 2.44- | 03 | 00 | CH | POSTAGE | US DISTRICT COURTS | 119.58 |
| 09/16/04 | .83- | 03 | 00 | CH | POSTAGE | ASST ATTN GEN THELMA T PRICE | 118.75 |
| 09/16/04 | 1.06- | 03 | 00 | CH | POSTAGE | ASST ATTN GEN THELMA T PRICE | 117.69 |
| 09/17/04 | 48.86- | 01 | 00 | CH | COMMISSARY | 005066 | 68.83 |
| 09/17/04 | .60- | 03 | 00 | CH | POSTAGE | THELMA T PRICE | 68.23 |
| 09/17/04 | .60- | 03 | 00 | CH | POSTAGE | US DISTRICT CT | 67.63 |
| 09/17/04 | .60- | 03 | 00 | CH | POSTAGE | US DISTRICT COURT | 67.03 |

```
OCT 25, 2004                 WARREN CORRECTIONAL INSTITUTION                PAGE    4

01/01/2004 THRU 10/25/2004 INMATE DEMAND STATEMENT

   INMATE NUMBER: A346408                           LOCK LOCA: 1A116L

   INMATE NAME:   SMITH, EDWARD                     SHOP CYCLE: PC
         AKA:

   STATUS:        A                                 FROM LOC:  CRC
   MISC A:        0                                 FROM DATE: 06/11/1997
   MISC B:                                          D.O.B.:
   NOTE:          PC/SEG CHANGED ON 111400
   HOLD TOTAL:        1.75                          TO LOC:
   E.P.C. BALANCE:     .00                          TO DATE:


   TRAN           TRAN                                                      ACCOUNT
   DATE           AMOUNT    TC SF OPR   T/C DESC    MISC DESC               BALANCE


09/17/04           .60-    03 00 CH    POSTAGE     THELMA PRICE ASST          66.43
                                                   DIST ATTN
09/22/04          3.65-    09 01 CH    TREASURY F  COPIES                     62.78
09/22/04          2.75-    09 01 CH    TREASURY F  COPIES                     60.03
09/22/04          2.50-    09 01 CH    TREASURY F  COPIES                     57.53
09/22/04           .75-    09 01 CH    TREASURY F  COPIES                     56.78
09/22/04           .60-    03 00 CH    POSTAGE     US DISTRICT COURT          56.18
09/22/04           .60-    03 00 CH    POSTAGE     THELMA PRICE               55.58

10/01/04         22.15-    01 00 CH    COMMISSARY  005856                     33.43
10/01/04          2.44-    03 00 CH    POSTAGE     THELMA T PRICE             30.99
10/01/04         20.00-    02 32 CH    CHECK OUTS  US COURAT OF APPEAL        10.99
10/01/04          4.75-    03 00 CH    POSTAGE     US COURT OF APPEAL          6.24
10/06/04         16.00     30 00 CH    EARNINGS                               22.24
10/12/04          6.50-    09 01 CH    TREASURY F  COPIES                     15.74
10/13/04        100.00     31 00 CH    RECEIPTS-M  SHXA BROWN                115.74
                                                   SISTER
10/15/04          7.33-    01 00 CH    COMMISSARY  006565                    108.41
10/15/04           .45-    09 01 CH    TREASURY F  COPIES                    107.96
10/21/04           .60-    03 00 CH    POSTAGE     JUDGE SUSAN DLOTT         107.36
10/21/04           .60-    03 00 CH    POSTAGE     OH ATTORNEY GEN           106.76
10/21/04          1.06-    03 00 CH    POSTAGE     US COURT OF APPEALS       105.70
10/22/04          3.13-    03 00 CH    POSTAGE     US COURT OF APPEALS       102.57
10/22/04          1.29-    03 00 CH    POSTAGE     OH ATTORNEY GENERAL       101.28
CURR. BAL.                                                                   101.28
                                                   TOTAL DEBITS            1,103.31-
                                                   TOTAL CREDITS             910.00
                                                   AVERAGE BALANCE           198.60
```