IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EDWARD SMITH,  :  Case No.1:01cv814-SJD
    Petitioner,  :
v.  :
      :  **Notice of Appeal**
ANTHONY BRIGANO, Warden,  :
    Respondent.  :

    Notice is hereby given that Edward Smith, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit, the Order dated 9-02-04, denying his Petition for Writ of Habeas Corpus with prejudice, and denying him leave to appeal this decision in forma pauperis, and denying him a certificate of appealability, which order was entered on the 2nd day of September, 2004. Reconsider motion Denied Sept. 24-2004. Filed a Writ of Mandamus in Court of Appeal 04-4249 October 13, 2004. Relying on Documents filed in this Court for appeal.

                                          *Edward Smith, petitioner, pro se*
                                          Edward Smith, petitioner, pro se
                                          Inmate No. 346-408
                                          Warren Corr.Inst.,P.O. Box 120,
                                          Lebanon, Ohio 45036

**Certificate of Service**

I, Edward Smith, do hereby certify that a copy of this Notice of Appeal was given to prison officials for mailing in the prison's legal mail system for mailing to: Ohio Attorney General, 150 East Gay Street, 16th Floor, Columbus, Ohio 43215, on this 22 day of October, 2004.

                                          *Edward Smith, petitioner, pro se*
                                          Edward Smith, petitioner, pro se
                                          Inmate No. 346-408
                                          Warren Corr.Inst.,P.O.Box 120,
                                          Lebanon,Ohio 45036