No. 04-4395

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

JUN 0 1 2005

LEONARD GREEN, Clerk

EDWARD SMITH, )
) 
Petitioner-Appellant, )
)
v. ) <u>O R D E R</u>
)
ANTHONY J. BRIGANO, Warden, )
)
Respondent-Appellee. )
)

Edward Smith, a pro se Ohio prisoner, appeals a district court judgment dismissing his 28 U.S.C. § 2254 petition for a writ of habeas corpus. He has applied for a certificate of appealability and moves for miscellaneous relief.

Upon review, the court denies the application as to all issues. All pending motions are denied as well.

ENTERED BY ORDER OF THE COURT

_Leonard Green_
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
Deputy Clerk