IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Edward-Smith, | : |
| Petitioner(s), | : |
| vs. | : Case Number: 1:01cv814 |
| | : Judge Susan J. Dlott |
| Warden Anthony Brigano, | : |
| Respondent(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 28, 2017 a Report and Recommendations (Doc. 56). Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 57).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, petitioner's motions (Docs. 53, 54, and 55) are DENIED.

The Clerk of Court is directed to not accept any further filings by the petitioner in this matter.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court